Jeffrey Willis (ASB#004870)
SNELL & WILMER L.L.P.
One South Church Avenue, Suite 1500
Tucson, Arizona 85701-1630
Telephone: 520.882.1200
E-Mail: jwillis@swlaw.com

Jacob C. Jones (ASB #029971)
SNELL & WILMER L.L.P.
One East Washington Street, Suite 2700
Phoenix, Arizona 85004
Telephone: 602-382-6000
E-Mail: jcjones@swlaw.com

*Attorneys for Plaintiff
Rebecca Hartzell, Ph.D., BCBA-D*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Rebecca Hartzell, Ph.D., BCBA-D<br><br>Plaintiff,<br><br>v.<br><br>Marana Unified School District, a governmental entity organized and existing under the laws of the State of Arizona; Andrea Divijak, in her individual capacity, and the Marital Community of Joseph Divijak and Andrea Divijak, husband and wife,<br><br>Defendants. | No. 4:21-cv-00062-SHR<br><br>**JOINT SETTLEMENT STATUS REPORT** |

The Parties jointly report the status of settlement talks pursuant to the Court's Order (Doc. 24 at 3). The Parties engaged in a settlement conference with Magistrate Judge Aguilera on December 13, 2021. Some informal discussions have occurred since then. No settlement has been reached.

DATED this 3rd day of October, 2023.

                                                  SNELL & WILMER L.L.P.

By: *s/ Jacob C. Jones*
Jeffrey Willis (ASB#004870)
One South Church Avenue
Suite 1500
Tucson, Arizona  85701-1630

Jacob C. Jones (ASB #029971)
SNELL & WILMER L.L.P.
One East Washington Street, Suite 2700
Phoenix, Arizona 85004

*Attorneys for Plaintiff*
*Rebecca Hartzell Ph.D., BCBA-D*

                      DeConcini McDonald Yetwin & Lacy, P.C.

By: *s/ Lisa Anne Smith (with permission)*
Lisa Anne Smith
2525 East Broadway Boulevard, Suite 200
Tucson, AZ 85716-5300

*Attorneys for Defendants*