Jeffrey Willis (ASB#004870)
SNELL & WILMER L.L.P.
One South Church Avenue, Suite 1500
Tucson, Arizona 85701-1630
Telephone:  520.882.1200
E-Mail: jwillis@swlaw.com

Jacob C. Jones (ASB #029971)
SNELL & WILMER L.L.P.
One East Washington Street, Suite 2700
Phoenix, Arizona 85004
Telephone: 602-382-6000
E-Mail: jcjones@swlaw.com

*Attorneys for Plaintiff*
*Rebecca Hartzell, Ph.D., BCBA-D*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Rebecca Hartzell, Ph.D., BCBA-D<br><br>Plaintiff,<br><br>v.<br><br>Marana Unified School District, a governmental entity organized and existing under the laws of the State of Arizona; Andrea Divijak, in her individual capacity, and the Marital Community of Joseph Divijak and Andrea Divijak, husband and wife,<br><br>Defendants. | No. 4:21-cv-00062-SHR<br><br>**PLAINTIFF'S PROPOSED VERDICT FORMS** |

Plaintiff submits the following proposed verdict forms, per the Court's Jury Trial Scheduling Order (ECF 71).  These are NOT stipulated.

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**Snell & Wilmer**

L.L.P.
LAW OFFICES
One South Church Avenue, Suite 1500
Tucson, Arizona 85701-1630
520.882.1200

### JURY VERDICT FORM 1
### DEFAMATION CLAIM

**Question No. 1:**      Do you find in favor of Plaintiff Rebecca Hartzell on her defamation claim against Defendant Andrea Divijak?

Yes   _____        No   _____

(Mark an "X" in the appropriate space)

NOTE: If you answered "Yes" to the above question, answer Question No. 2.  If you answered "No" to the above question, do not answer Question No. 2.

**Question No. 2:**      State the total amount of damages that the defamation caused to Plaintiff Rebecca Hartzell: $_____.

_____
Foreperson

_____
Date

**JURY VERDICT FORM 2**
**FIRST AMENDMENT RETALIATION CLAIM**

**Question No. 1:**      Do you find in favor of Plaintiff Rebecca Hartzell on her First Amendment Retaliation claim against Defendant Marana Unified School District?

Yes    _____         No    _____

(Mark an "X" in the appropriate space)

NOTE: If you answered "Yes" to the above question, answer Question No. 2.  If you answered "No" to the above question, do not answer Question No. 2.

**Question No. 2:**      State the total amount of damages that the First Amendment Retaliation caused to Plaintiff Rebecca Hartzell: $_____.

_____
Foreperson

_____
Date

_____
Foreperson

_____
Date

Snell & Wilmer
L.L.P.
LAW OFFICES
One South Church Avenue, Suite 1500
Tucson, Arizona  85701-1630
520.882.1200

- 2 -

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DATED this 16th day of October, 2023.

SNELL & WILMER L.L.P.


By: *s/ Jacob C. Jones*
Jeffrey Willis (ASB#004870)
One South Church Avenue
Suite 1500
Tucson, Arizona  85701-1630

Jacob C. Jones (ASB #029971)
SNELL & WILMER L.L.P.
One East Washington Street, Suite 2700
Phoenix, Arizona 85004

*Attorneys for Plaintiff*
*Rebecca Hartzell Ph.D., BCBA-D*

Snell & Wilmer
L.L.P.
LAW OFFICES
One South Church Avenue, Suite 1500
Tucson, Arizona  85701-1630
520.882.1200

- 3 -