**DISTRICT JUDGE'S CIVIL MINUTES**
**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA – TUCSON**

| | |
|---|---|
| **U.S. District Judge:** Scott H. Rash | **Date:** October 30, 2023 |
| **Case Number:** CV-21-00062-TUC-SHR | |

**Rebecca Hartzell v. Marana Unified School District et al**

| APPEARANCES: | Counsel for Plaintiff | Counsel for Defendants |
|---|---|---|
| | Jacob C. Jones, Esq. (present) | Lisa A. Smith, Esq. (present) |
| | | Tyler H. Stanton, Esq. (present) |

## FINAL PRETRIAL CONFERENCE

**As to Defendants' Motion *in limine* [78] to exclude certain documents identified in Plaintiff's trial exhibits for late disclosure:**
The Court orders Defendant's Motion granted in part and denied in part. Should Plaintiff intend to use the documents attached as Exhibit 1 of Defendant's Motion in limine, the Court orders Ms. Hartzell be made available for a one-hour deposition at Plaintiff's expense and to occur no later than 5:00 p.m. on Monday, November 6, 2023.

Defense counsel raises objection to Plaintiff's Proposed Jury Instruction regarding Plaintiff's liability theory under § 1983. Counsel present argument. The Court advises it will address this issue along with final Forms of Verdict at a later time.

The parties stipulate to not reading the Complaint, the rule to not be invoked, and agree to permit written jury questions throughout trial with follow up from counsel and at the Court's discretion.

The Court confers with counsel as to voir dire and will call a pool of 56 jurors for the trial, with an eight (8) person jury to be seated. Counsel stipulate to three preemptive strikes each using the agreed upon method.

The Court affirms the jury trial set for Tuesday, November 14, 2023; counsel shall be present at 9:00 a.m. The estimated length of trial is one week.

Counsel is directed to contact Sherry Gammon at sherry_gammon@azd.uscourts.gov to arrange an appointment for the afternoon of Monday, November 13, 2023, to test the Courtroom's technology equipment for the use of audio and video exhibits and to be prepared to supply a clean laptop for trial.

| | |
|---|---|
| **Deputy Clerk:** Lindsay Lowe | **Start:** 11:06 AM |
| **Court Reporter:** Anni Bryan | **Stop:** 11:42 AM |
| | 36 minutes |