*UNITED STATES DISTRICT COURT*
*DISTRICT OF ARIZONA*

| Rebecca Hartzell, Ph.D., BCBA-D | EXHIBIT LIST |
|---|---|
| v. | |
| Marana Unified School District, et al. | Case Number: 4:21-cv-00062-SHR |

| Presiding Judge: Hon. Scott H. Rash | Courtroom Deputy: Danielle Scumaci-Vroegh | Court Reporter: |
|---|---|---|
| Hearing Trial Dates: Nov. 14-21 | Plaintiff Attorney(s): Jacob C. Jones Jeffrey Willis | Defendant Attorney(s): Lisa Anne Smith Tyler H. Stanton |

| Plf. No. | Dft. No. | Date Admitted | *EXHIBITS* |
|---|---|---|---|
| 1. | | | HARTZELL000019-20 (Schedule and Description of Events – February 7, 2020) |
| 2. | | | HARTZELL000022 (Police Body Cam Video) |
| 3. | | | HARTZELL000023 (Hartzell Attorney's Fees for Criminal Case) |
| 4. | | | HARTZELL000027-28 (Emails re Judging Science and Engineering Fair) |
| 5. | | | HARTZELL000029-38 (Emails re blocking inappropriate websites) |
| 6. | | | HARTZELL000039 (Email re December 2019 program) |
| 7. | | | HARTZELL000043-45 (Emails re Bus Difficulties) |
| 8. | | | HARTZELL000046-48 (Emails re Meeting with Divijak May 2019) |
| 9. | | | HARTZELL000049-50 (Emails re Meeting with Divijak May 2019) |
| 10. | | | HARTZELL000060 (Policy body cam video of interview with witness Paul Gute) |
| 11. | | | HARTZELL000061 (Security camera footage of 2/7/20 incident) |
| 12. | | | HARTZELL000062-69 (Closing and Settlement papers for 3559 Songbush property) |
| 13. | | | HARTZELL000070-79 (Closing and Settlement papers for 12400 N Camino Del Plata property) |
| 14. | | | HARTZELL000124 (Remodel costs – Cabinets) |
| 15. | | | HARTZELL000125 (Remodel costs –Carpet) |
| 16. | | | HARTZELL000130-132 (Remodel costs – Flooring) |
| 17. | | | HARTZELL000133-135 (Remodel costs – Tiles) |
| 18. | | | HARTZELL000136 (Remodel costs – Paint) |

| | | |
|---|---|---|
| 19. | | HARTZELL000143-144 (Remodel costs – Prosource) |
| 20. | | HARTZELL000145 (Remodel costs – Windows) |
| 21. | | MUSD 42-43 (District Emails re Hartzell – Jan 2017) |
| 22. | | MUSD 44-45 (District Emails re Hartzell – Jan 2017) |
| 23. | | MUSD 46-47 (District Emails re Hartzell – Jan 2017) |
| 24. | | MUSD 66-67 (District Emails re Divijak – Feb 2020) |
| 25. | | MUSD 68-69 (District Emails re Hartzell – Nov 2017) |
| 26. | | MUSD 70-72 (District Emails re Hartzell – Nov 2015) |
| 27. | | MUSD 75 (District Emails re Hartzell – Sept 2015) |
| 28. | | MUSD 76 (District Emails re Hartzell – Nov 2013) |
| 29. | | MUSD 77-80 (District Emails re Hartzell – Sept 2019) |
| 30. | | MUSD 81-82 (District Emails re Hartzell – Dec 2017) |
| 31. | | MUSD 83 (District Emails re Hartzell – Dec 2017) |
| 32. | | MUSD 84-89 (District Emails re Hartzell – Dec 2017) |
| 33. | | MUSD 90-92 (District Emails re Hartzell – Nov 2017) |
| 34. | | MUSD 97-100 (District Emails re Hartzell – Apr 2011) |
| 35. | | MUSD 105-107 (District Emails re Hartzell – Apr 2011) |
| 36. | | MUSD 119 (District Emails re Hartzell – Aug 2009) |
| 37. | | MUSD 121-122 (District Emails re Hartzell – Jan 2018) |
| 38. | | MUSD 123-125 (District Emails re Hartzell – Aug 2009) |
| 39. | | MUSD 126 (District Emails re Hartzell – Sept 2018) |
| 40. | | MUSD 127-132 (District Emails re Hartzell – July 2017) |
| 41. | | MUSD 133-134 (District Emails re Hartzell – Nov 2015) |
| 42. | | MUSD 135 (District Emails re Hartzell – Jan 2020) |
| 43. | | MUSD 195 (District Emails re Hartzell – Oct 2019) |
| 44. | | MUSD 196-199 (District Emails re Hartzell – May 2019) |
| 45. | | MUSD 213-221 (District Emails re Hartzell – Oct 2015) |
| 46. | | MUSD 278-282 (District Emails re Hartzell – April 2011) |
| 47. | | MUSD 294 (District Emails re Hartzell – April 2011) |
| 48. | | MUSD 308-309 (District Emails re Hartzell – May 2011) |
| 49. | | MUSD 323 (District Emails with Hartzell – May 2011) |
| 50. | | MUSD 329-340 (District Emails re: Hartzell and Journal Article – July 2015) |
| 51. | | MUSD 347-348 (District Emails re Hartzell – Dec 2019) |
| 52. | | MUSD 349-350 (District Emails re Hartzell – Aug 2019) |
| 53. | | MUSD 360-362 (District Emails re Hartzell – Aug 2009) |
| 54. | | MUSD 365-366 (District Emails re Hartzell – Aug 2016) |
| 55. | | MUSD 367-368 (District Emails re Hartzell – Aug 2019) |
| 56. | | MUSD 369-370 (District Emails re Hartzell – Oct 2019) |
| 57. | | MUSD 447 (District Emails re: Hartzell  – Sept. 2019) |
| 58. | | MUSD 458 (District Emails re Hartzell – Nov 2018) |
| 59. | | MUSD 608-613 (District Emails re Hartzell – Dec 2009) |
| 60. | | MUSD 691 (District Emails re Hartzell – May 2020) |
| 61. | | MUSD 774-777 (District Text Messages) |
| 62. | | MUSD 778-779 (District Text Messages) |
| 63. | | MUSD 861-869 (District Text Messages) |

| | | | |
|---|---|---|---|
| 64. | | | MUSD 35-36 (Email from Doug Wilson re: 2/7/20 incident and internal District emails re: same) |
| 65. | | | MUSD 351-359 (Email from Plaintiff regarding 2/24/20 meeting with District officials) |
| 66. | | | MUSD 695-696 (2/13/20 emails between District employee Jody Mitchell and Plaintiff regarding conference for Plaintiff's child) |
| 67. | | | MUSD 813-823 (Real property deeds and associated documents reflecting Plaintiff's purchase and other transactions of other certain real property located on Grant Rd., Tucson, AZ) |
| 68. | | | HARTZELL000150-151 —(10/5/2021 Email between counsel) |
| 69. | | | HARTZELL000152 — (6/7/2023 Email between counsel) |
| | | | |
| | A. | | Emails between Plaintiff and MUSD teachers during time Plaintiff was not allowed on campus [MUSD 8-10] |
| | B. | | Letter from Plaintiff's criminal defense attorney regarding 2/7/20 incident and meeting with District [MUSD 11-12] |
| | C. | | MUSD policies regarding bringing complaints to the District's Governing Board and conduct on school property [MUSD 13-18] |
| | D. | | Low Priority 911 Calls Elementary Report Form [MUSD 21-22] |
| | E. | | Emails to/from Plaintiff and District employees/staff regarding 2/7/20 incident and 2/24/20 meeting [MUSD 48-54] |
| | F. | | Emails between Plaintiff and Defendant Andrea Divijak [MUSD 64-65] |
| | G. | | Emails between Plaintiff and District employee Lisa DeMore [MUSD 245] |
| | H. | | Emails between Plaintiff and District employee Adam Scafede [MUSD 343-344] |
| | I. | | Emails between District employee Sarah Wampler and Plaintiff regarding Plaintiff's child [MUSD 598-599] |
| | J. | | 5/6/20 Email between District employee Jody Mitchell and Plaintiff regarding Plaintiff's child [MUSD 692] |
| | K. | | 3/25/20 emails between District employee Jody Mitchell and Plaintiff regarding Plaintiff's child [MUSD 693-694, 698] |
| | L. | | Real property deeds and associated documents reflecting Plaintiff's purchase and sale of family's home [MUSD 780-790] |
| | M. | | Real property deed and associated documents reflecting Plaintiff's purchase of new home [MUSD791-802] |
| | N. | | Real property deeds and associated documents reflecting Plaintiff's purchase and sale of other certain real property located on Pheasant St., Tucson, AZ [MUSD 803-812] |

| | O. | | Demonstrative chart of real property transactions reflected in MUSD 780-823 [MUSD824] |
|---|---|---|---|
| | P. | | Zillow.com listing showing listing history for Plaintiff's home [MUSD 825] |
| | Q. | | Motion to Dismiss filed in Marana Municipal Court criminal case no. M-1044-CM2020000276 [MUSD 859-860] |
| | R. | | Town of Marana Disclosure re: 2/7/20 incident [Hartzell 000001-000014] |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |