## UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| **Rebecca Hartzell, Ph.D., BCBA-D** | **WITNESS LIST** |
|---|---|
| v. | |
| **Marana Unified School District, et al**. | Case Number: 4:21-cv-00062-SHR |

| **Presiding Judge:** Hon. Scott H. Rash | **Courtroom Deputy:** Danielle Scumaci-Vroegh | **Court Reporter:** Anni Bryan |
|---|---|---|
| **Hearing Trial Dates**: Nov. 14-21 | **Plaintiff Attorney(s):** Jacob C. Jones  Jeffrey Willis | **Defendant Attorney(s)**: Lisa Anne Smith  Tyler H. Stanton |

| Plf | Dft | Date Sworn | Date Appeared | Witnesses | Under Rule |
|---|---|---|---|---|---|
| | | | | Andrea Divijak | |
| | | | | Carolyn Dumler | |
| | | | | John Richardson | |
| | | | | Kristin Reidy | |
| | | | | Maria Fallon | |
| | | | | Paul Gute | |
| | | | | Rebecca Hartzell | |
| | | | | Sarah Wilson | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |