**DISTRICT JUDGE'S MINUTES**
**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA – TUCSON**

| | |
|---|---|
| **U.S. District Judge:** Scott H. Rash | **Date:** November 14, 2023 |
| **Hartzell v. Marana Unified School District et al** | **Case Number:** CV-21-62-TUC-SHR |

**Plaintiff Attorney:** Jacob Jones
**Defendants' Attorneys:** Lisa Smith and Tyler Stanton

**Interpreter:** N/A

**JURY TRIAL, DAY 1:**

9:14 AM – In absence of prospective jurors, discussion is held regarding the official policymaker theory related to the first cause of action. For reasons stated on the record, the Court will preclude the theory. Discussion is held regarding the word "policy". The Court will address objections on the matter as they arise. Mr. Jones makes a record regarding introducing documents for damages and informs the Court that a deposition did not occur (as directed at the Final Pretrial Conference held 10/30/2023, Doc. 94). The Court is not inclined to allow the documents to be introduced but will address the matter if/when it arises.

9:36 AM – Prospective jurors enter the courtroom, are sworn and voir dire commences.
10:30 AM – The parties agree to pass the panel, and prospective jurors not seated in seats 1-14 are excused. The 14 prospective jurors are excused for a brief recess at 10:33 AM. In absence of the prospective jurors, discussion is held regarding agreed upon strike procedures.

Brief recess is taken from 10:34 AM to 11:18 AM for counsel to make strikes.
The 14 prospective jurors enter the courtroom. Eight jurors are selected, and the remaining prospective jurors are excused.

11:21 AM – The jury is sworn. Opening instructions are given.
11:40 AM – Mr. Jones presents Plaintiff's opening statement.
12:10 PM – Ms. Smith presents Defendants' opening statement.
12:28 PM – The jurors are excused for lunch recess. In absence of the jurors, discussion is held as to the expected order of the plaintiff's witnesses.

Lunch recess is taken from 12:29 PM to 1:49 PM.
The jury is present in the courtroom. Plaintiff's witness, Paul Gute, is sworn and examined by Mr. Jones. Plaintiff's exhibit 12 is admitted without objection.
2:25 PM – Mr. Stanton cross-examines the witness. Plaintiff's exhibit 11 is admitted without objection.
2:38 PM – Mr. Jones conducts redirect.

| | |
|---|---|
| **USA v. Hartzell v. Marana Unified School District et al** | **Date:** November 14, 2023 |
| **Case Number:** CV-21-62-TUC-SHR | Page 2 of 2 |

2:45 PM – Plaintiff, Rebecca Hartzell, is sworn and examined by Mr. Jones. Plaintiff's exhibits 37, 39 and 67 are admitted without objection.

Brief recess is taken from 3:18 PM to 3:38 PM.
Examination of Dr. Hartzell by Mr. Jones resumes. Plaintiff's exhibits 27, 35, 36, 42, 48, 49, 51, 54, 55 and 59 are admitted without objection.

4:40 PM – The Jury is excused for the day. In absence of the jury, discussion is held regarding objections to specific exhibits. Mr. Jones argues for their inclusion. Ms. Smith argues for their preclusion. For reasons stated on the record, the Court precludes exhibits 31, 32 and 33.

Trial continues to Wednesday, November 15, 2023 at 9:30 AM. Jurors are to be present by 9:25 AM.

Proceedings conclude at 4:53 PM.

| | |
|---|---|
| **Court Reporter:** Anni Bryan | **JTD1  5 hrs, 10 mins** |
| **Deputy Clerk:** Danielle Scumaci-Vroegh | |
| | **Start:  9:14 AM** |
| | **Stop:   4:53 PM** |