# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Rebecca Hartzell,<br><br>        Plaintiff,<br><br>v.<br><br>Marana Unified School District et al,<br><br>        Defendants. | No. CV-21-62-TUC-SHR<br><br>**JUDGMENT IN A CIVIL CASE** |

This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered it's verdict.

**IT IS ORDERED AND ADJUDGED** that Judgment be entered in favor of the defendants.

11/17/2023
Date

Debra D. Lucas
District Court Executive/Clerk

_____
Deputy Clerk