Jeffrey Willis (ASB#004870)
SNELL & WILMER L.L.P.
One South Church Avenue, Suite 1500
Tucson, Arizona 85701-1630
Telephone:  520.882.1200
E-Mail: jwillis@swlaw.com

Jacob C. Jones (ASB #029971)
SNELL & WILMER L.L.P.
One East Washington Street, Suite 2700
Phoenix, Arizona 85004
Telephone: 602-382-6000
E-Mail: jcjones@swlaw.com

*Attorneys for Plaintiff
Rebecca Hartzell, Ph.D., BCBA-D*

DECONCINI MCDONALD YETWIN & LACY, P.C.
2525 EAST BROADWAY BLVD., SUITE 200
TUCSON, AZ 85716-5300
(520) 322-5000

Lisa Anne Smith (AZ # 16762)
lasmith@dmyl.com
Tyler H. Stanton (AZ #034526)
tstanton@dmyl.com
Attorneys for Defendants

# IN THE UNITED STATES DISTRICT COURT
# IN AND FOR THE STATE OF ARIZONA

Rebecca Hartzell, Ph.D., BCBA-D

                   Plaintiff,

vs.

Marana Unified School District, a governmental entity organized and existing under the laws of the State of Arizona; and Andrea Divijak, in her individual capacity,

                   Defendants.

NO. 4:21-cv-00062-SHR

**JOINT PROPOSED VOIR DIRE QUESTIONS**

Pursuant to the Court's Amended Jury Trial Scheduling Order filed October 16, 2025 [Dkt. 151], in addition to the Court's standard qualifying voir dire questions, the parties file these joint proposed voir dire questions:

1.     Are you or anyone in your family a teacher, principal, or otherwise employed by a school or school district?

2.     Have you ever been banned, prevented, prohibited, or otherwise restricted from entering upon the property of a public school that your child attended? If yes, please explain.

3.    Do you have any children in a public K-12 school?

4.    Have you ever had a dispute or disagreement with a teacher, principal, or other employee or officer of a school or school district your child attended?

5.    Are you or anyone in your family a police officer or otherwise employed in law enforcement?

DATED this 28th day of October, 2025.

SNELL & WILMER L.L.P.


By: *s/ Jacob C. Jones*
Jeffrey Willis (ASB#004870)
One South Church Avenue
Suite 1500
Tucson, Arizona  85701-1630

Jacob C. Jones (ASB #029971)
SNELL & WILMER L.L.P.
One East Washington Street, Suite 2700
Phoenix, Arizona 85004

*Attorneys for Plaintiff*
*Rebecca Hartzell Ph.D., BCBA-D*


DeConcini McDonald Yetwin & Lacy, P.C.


By: *s/  Tyler Stanton (with permission)*
Lisa Anne Smith
Tyler Stanton
2525 East Broadway Boulevard, Suite 200
Tucson, AZ 85716-5300

*Attorneys for Defendants*