# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Rebecca Hartzell,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Marana Unified School District, et al.,<br><br>　　　　Defendants. | CV-21-62-TUC-SHR<br><br>**ORDER** |

The Court has reviewed the entirety of the 127 questionnaires, and finds that the following jurors appear fair and impartial, and are not subject to dismissal from the jury for financial, health, or other personal hardships (Juror Numbers follow – there are 82): 479, 767, 774, 777, 778, 782, 783, 792, 808, 812, 816, 829, 838, 841, 845, 870, 872, 897, 898, 902, 908, 912, 918, 931, 939, 944, 969, 971, 976, 977, 985, 992, 996, 1011, 1019, 1027, 1031, 1040, 1043, 1047, 1048, 1051, 1052, 1055, 1058, 1061, 1065, 1066, 1070, 1072, 1080, 1088, 1105, 1113, 1121, 1127, 1144, 1145, 1151, 1162, 1182, 1183, 1192, 1193, 1200, 1204, 1216, 1217, 1223, 1233, 1240, 1241, 1243, 1246, 1248, 1253, 1261, 1262, 1268, 1274, 1286, 1294.

As to all of the jurors not listed above, a review of the questionnaires reflects that the Court would excuse them at trial (and the parties would likely stipulate to excusing them at trial) as they could not be fair and impartial, or are subject to dismissal for financial, health, or other personal hardships. See 28 U.S.C. § 1866(c) ("[A]ny person

summoned for jury service may be . . . excused by the court [due to] . . . undue hardship or extreme inconvenience . . . [or are] unable to render impartial jury service . . .”).

There being no objection by the parties, the Court directs the Jury Commissioner to randomly select and summons 25 of the 82 jurors listed above for voir dire.

Dated this 16th day of March, 2026.

Honorable Scott H. Rash
United States District Judge

- 2 -