# Exhibit A

.

## UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| Rebecca Hartzell, Ph.D., BCBA-D | **EXHIBIT LIST** |
|---|---|
| v. | |
| **Marana Unified School District, et al.** | **Case Number: 4:21-cv-00062-SHR** |

| **Presiding Judge:** Hon. Scott H. Rash | **Courtroom Deputy:** Danielle Scumaci-Vroegh | **Court Reporter: Anni Bryan** |
|---|---|---|
| **Hearing Trial Dates**: March 24-27, 2026 | **Plaintiff Attorney(s):** Jacob C. Jones  Jeffrey Willis  Matthew Racioppo | **Defendant Attorney(s):** Lisa Anne Smith  Tyler H. Stanton |

| Plf. No. | Dft. No. | Stipulated/ Contested | Date Admitted | *EXHIBITS* |
|---|---|---|---|---|
| 1. | | Stipulated | | HARTZELL000019-20 (Schedule and Description of Events – February 7, 2020) |
| 2. | | Stipulated | | HARTZELL000022 (Police Body Cam Video -- anticipating also preparing shorter clips to be available at trial, for convenience, due to the large file size) – |
| 3. | | Stipulated | | HARTZELL000023 (Hartzell Attorney's Fees for Criminal Case) |
| 4. | | Stipulated | | HARTZELL000027-28 (Emails re Judging Science and Engineering Fair) |
| 5. | | Stipulated | | HARTZELL000029-38 (Emails re blocking inappropriate websites) |
| 6. | | Stipulated | | HARTZELL000039 (Email re December 2019 program) |
| 7. | | Stipulated | | HARTZELL000043-45 (Emails re Bus Difficulties) |
| 8. | | Stipulated | | HARTZELL000046-48 (Emails re Meeting with Divijak May 2019) |
| 9. | | Stipulated | | HARTZELL000049-50 (Emails re Meeting with Divijak May 2019) |
| 10. | | | | [Intentionally Omitted] |
| 11. | | Stipulated | | HARTZELL000060 (anticipating also preparing shorter clips to be available at trial) |

4924-2717-8649

| 12. | | Stipulated | | HARTZELL000061 (anticipating also preparing shorter clips to be available at trial) |
|---|---|---|---|---|
| 13. | | Stipulated | | HARTZELL000062-69 (Closing and Settlement papers for 3559 Songbush property) |
| 14. | | Stipulated | | HARTZELL000070-79 (Closing and Settlement papers for 12400 N Camino Del Plata property) |
| 15. | | Stipulated | | HARTZELL000124 (Remodel costs – Cabinets) |
| 16. | | Stipulated | | HARTZELL000125 (Remodel costs –Carpet) |
| 17. | | Stipulated | | HARTZELL000130-132 (Remodel costs – Flooring) |
| 18. | | Stipulated | | HARTZELL000133-135 (Remodel costs – Tiles) |
| 19. | | Stipulated | | HARTZELL000136 (Remodel costs – Paint) |
| 20. | | Stipulated | | HARTZELL000143-144 (Remodel costs – Prosource) |
| 21. | | Stipulated | | HARTZELL000145 (Remodel costs – Windows) |
| 22. | | Stipulated | | MUSD 42-43 (District Emails re Hartzell – Jan 2017) |
| 23. | | Stipulated | | MUSD 44-45 (District Emails re Hartzell – Jan 2017) |
| 24. | | Stipulated | | MUSD 46-47 (District Emails re Hartzell – Jan 2017) |
| 25. | | Stipulated | | MUSD 66-67 (District Emails re Divijak – Feb 2020) |
| 26. | | Stipulated | | MUSD 68-69 (District Emails re Hartzell – Nov 2017) |
| 27. | | Stipulated | | MUSD 70-72 (District Emails re Hartzell – Nov 2015) |
| 28. | | Stipulated | | MUSD 75 (District Emails re Hartzell – Sept 2015) |
| 29. | | Stipulated | | MUSD 76 (District Emails re Hartzell – Nov 2013) |
| 30. | | Stipulated | | MUSD 77-80 (District Emails re Hartzell – Sept 2019) |
| 31. | | **Contested** | | MUSD 81-82 (District Emails re Hartzell – Dec 2017) |
| 32. | | **Contested** | | MUSD 83 (District Emails re Hartzell – Dec 2017) |
| 33. | | **Contested** | | MUSD 84-89 (District Emails re Hartzell – Dec 2017) |
| 34. | | Stipulated | | MUSD 90-92 (District Emails re Hartzell – Nov 2017) |

4924-2717-8649

| | | | | |
|---|---|---|---|---|
| 35. | | Stipulated | | MUSD 97-100 (District Emails re Hartzell – Apr 2011) |
| 36. | | Stipulated | | MUSD 105-107 (District Emails re Hartzell – Apr 2011) |
| 37. | | Stipulated | | MUSD 119 (District Emails re Hartzell – Aug 2009) |
| 38. | | Stipulated | | MUSD 121-122 (District Emails re Hartzell – Jan 2018) |
| 39. | | Stipulated | | MUSD 123-125 (District Emails re Hartzell – Aug 2009) |
| 40. | | Stipulated | | MUSD 126 (District Emails re Hartzell – Sept 2018) |
| 41. | | Stipulated | | MUSD 127-132 (District Emails re Hartzell – July 2017) |
| 42. | | Stipulated | | MUSD 133-134 (District Emails re Hartzell – Nov 2015) |
| 43. | | Stipulated | | MUSD 135 (District Emails re Hartzell – Jan 2020) |
| 44. | | Stipulated | | MUSD 136-150 (District Emails re Hartzell – Feb 2019) |
| 45. | | Stipulated | | MUSD 163-181 (District Emails re Hartzell – Mar 2017) |
| 46. | | Stipulated | | MUSD 195 (District Emails re Hartzell – Oct 2019) |
| 47. | | Stipulated | | MUSD 196-199 (District Emails re Hartzell – May 2019) |
| 48. | | Stipulated | | MUSD 213-221 (District Emails re Hartzell – Oct 2015) |
| 49. | | Stipulated | | MUSD 278-282 (District Emails re Hartzell – April 2011) |
| 50. | | Stipulated | | MUSD 294 (District Emails re Hartzell – April 2011) |
| 51. | | Stipulated | | MUSD 308-309 (District Emails re Hartzell – May 2011) |
| 52. | | Stipulated | | MUSD 319 (District Emails re Hartzell – May 2011) |
| 53. | | Stipulated | | MUSD 322 |
| 54. | | Stipulated | | MUSD 323 |
| 55. | | Stipulated | | MUSD 329-340 |
| 56. | | Stipulated | | MUSD 347-348 (District Emails re Hartzell – Dec 2019) |
| 57. | | Stipulated | | MUSD 349-350 (District Emails re Hartzell – Aug 2019) |
| 58. | | Stipulated | | MUSD 360-362 (District Emails re Hartzell – Aug 2009) |

4924-2717-8649

| 59. | | Stipulated | | MUSD 365-366 (District Emails re Hartzell – Aug 2016) |
|---|---|---|---|---|
| 60. | | Stipulated | | MUSD 367-368 (District Emails re Hartzell – Aug 2019) |
| 61. | | Stipulated | | MUSD 369-370 (District Emails re Hartzell – Oct 2019) |
| 62. | | Stipulated | | MUSD 446-447 (District Emails re Hartzell – Oct 2018) |
| 63. | | Stipulated | | MUSD 448-449 (District Emails re Hartzell – April 2019) |
| 64. | | Stipulated | | MUSD 451-452 (District Emails re Hartzell – Feb 2019) |
| 65. | | Stipulated | | MUSD 458 (District Emails re Hartzell – Nov 2018) |
| 66. | | Stipulated | | MUSD 465-466 (District Emails re Hartzell – Aug 2018) |
| 67. | | Stipulated | | MUSD 608-613 (District Emails re Hartzell – Dec 2009) |
| 68. | | Stipulated | | MUSD 691 (District Emails re Hartzell – May 2020) |
| 69. | | | | [Intentionally Omitted] |
| 70. | | Stipulated | | MUSD 778-779 (District Text Messages) |
| 71. | | Stipulated | | MUSD 861-869 (District Text Messages) |
| 72. | | Stipulated | | Email from Plaintiff to Doug Wilson re: 2/7/20 incident and internal District emails re: same [MUSD 35-36], |
| 73. | | Stipulated | | Email from Plaintiff regarding 2/24/20 meeting with District officials [MUSD 351-359] |
| 74. | | Stipulated | | 2/13/20 emails between District employee Jody Mitchell and Plaintiff regarding conference for Plaintiff's child [MUDS 695-696] |
| 75. | | Stipulated | | Real property deeds and associated documents reflecting Plaintiff's purchase and other transactions of other certain real property located on Grant Rd., Tucson, AZ [MUSD 813-823] |
| 76. | | Stipulated | | MUSD Policy BBA [HARTZELL000153] |
| 77. | | Stipulated | | MUSD Policy BDD [HARTZELL000154] |
| 78. | | Stipulated | | MUSD Policy CB [HARTZELL000155] |
| 79. | | Stipulated | | MUSD Policy CBA [HARTZELL000156-8] |
| 80. | | Stipulated | | MUSD Policy CCB-R [HARTZELL000159] |
| 81. | | Stipulated | | MUSD Policy CHD [HARTZELL000160] |
| 82. | | Stipulated | | June 7, 2023 email from L.A. Smith to J. Jones [HARTZELL000152] |

| | | | | |
|---|---|---|---|---|
| 83. | | Stipulated | | 2021 Email between counsel [Hartzell000150-151] (as redacted) |
| 84 | | **Contested** | | HARTZELL000059 (alleged defamation document) |
| | A. | Stipulated | | Emails between Plaintiff and MUSD teachers during time Plaintiff was not allowed on campus [MUSD 8-10] |
| | B. | Stipulated | | Letter from Plaintiff's criminal defense attorney regarding 2/7/20 incident and meeting with District [MUSD 11-12] |
| | C. | Stipulated | | MUSD policies regarding bringing complaints to the District's Governing Board and conduct on school property [MUSD 13-18] |
| | D. | **Contested** | | Emails between Plaintiff and district employees/staff following 2/7/20 incident [MUSD 23-25] |
| | E. | Stipulated | | Low Priority 911 Calls Elementary Report Form [MUSD 21-22] |
| | F. | Stipulated | | Email from Plaintiff to Doug Wilson re: 2/7/20 incident and internal District emails re: same [MUSD 35-36] |
| | G. | Stipulated | | Emails to/from Plaintiff and District employees/staff regarding 2/7/20 incident and 2/24/20 meeting [MUSD 48-54] |
| | H. | Stipulated | | Emails between Plaintiff and Defendant Andrea Divijak [MUSD 64-65] |
| | I. | Stipulated | | Emails between Plaintiff and District employee Lisa DeMore [MUSD 245] |
| | J. | Stipulated | | Emails between Plaintiff and District employee Adam Scafede [MUSD 343-344] |
| | K. | Stipulated | | Email from Plaintiff regarding 2/24/20 meeting with District officials [MUSD 351-359] |
| | L. | Stipulated | | Emails between District employee Sarah Wampler and Plaintiff regarding Plaintiff's child [MUSD 598-599] |
| | M. | Stipulated | | 5/6/20 Email between District employee Jody Mitchell and Plaintiff regarding Plaintiff's child [MUSD 692] |
| | N. | Stipulated | | 3/25/20 emails between District employee Jody Mitchell and Plaintiff regarding Plaintiff's child [MUSD 693-694, 698] |
| | O. | Stipulated | | 2/13/20 emails between District employee Jody Mitchell and Plaintiff regarding conference for Plaintiff's child [MUDS 695-696] |

| | | | | |
|---|---|---|---|---|
| | P. | Stipulated | | Real property deeds and associated documents reflecting Plaintiff's purchase and sale of family's home [MUSD 780-790] |
| | Q. | Stipulated | | Real property deed and associated documents reflecting Plaintiff's purchase of new home [MUSD791-802] |
| | R. | Stipulated | | Real property deeds and associated documents reflecting Plaintiff's purchase and sale of other certain real property located on Pheasant St., Tucson, AZ [MUSD 803-812] |
| | S. | Stipulated | | Demonstrative chart of real property transactions reflected in MUSD780-823 [MUSD824] |
| | T. | Stipulated | | Zillow.com listing showing listing history for Plaintiff's home [MUSD 825] |
| | U. | Stipulated | | University of Arizona job listing showing Plaintiff as Search Committee Chair as of March 29, 2022 [MUSD 826-833] |
| | V. | Stipulated | | KGUN9 article posted April 9, 2021 with interview of Plaintiff [MUSD 853-855] |
| | W. | Stipulated | | Links to article and interview identified in MUDS853-855 and interview of Plaintiff hosted on Youtube.com by Arizona360 and the video hosted at said link [MUSD 856] |
| | X. | **Contested** | | Copy of Criminal Complaint filed in Marana Municipal Court criminal case no. M-1044-CM2020000276 [MUSD 857-858] |
| | Y. | Stipulated | | Motion to Dismiss filed in Marana Municipal Court criminal case no. M-1044-CM2020000276 [MUSD 859-860] |
| | Z. | Stipulated | | Police Report of 2/7/20 incident [Hartzell 000001-000014] |
| | AA. | Stipulated | | Police body camera footage following 2/7/20 incident (including shorter clips to be used at trial for convenience) [Hartzell000022] |
| | BB. | Stipulated | | Security camera footage of 2/7/20 incident [Hartzell000061] |
| | CC. | Stipulated (as redacted) | | 2021 Email between counsel [Hartzell000150-151] |

4924-2717-8649