Jeffrey Willis (ASB #004870)
SNELL & WILMER L.L.P.
One South Church Avenue, Suite 1500
Tucson, Arizona 85701-1630
Telephone:  520.882.1200
E-Mail: jwillis@swlaw.com

Jacob C. Jones (ASB #029971)
Matthew Racioppo (ASB #040702)
SNELL & WILMER L.L.P.
One East Washington Street, Suite 2700
Phoenix, Arizona 85004
Telephone: 602-382-6000
E-Mail: jcjones@swlaw.com
          mracioppo@swlaw.com

*Attorneys for Plaintiff*
*Rebecca Hartzell, Ph.D., BCBA-D*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Rebecca Hartzell, Ph.D., BCBA-D,<br><br>Plaintiff,<br><br>v.<br><br>Marana Unified School District, a governmental entity organized and existing under the laws of the State of Arizona; Andrea Divijak, in her individual capacity, and the Marital Community of Joseph Divijak and Andrea Divijak, husband and wife,<br><br>Defendants. | No. 4:21-cv-00062-SHR<br><br>**MOTION FOR PROPOSED PRELIMINARY INSTRUCTION ABOUT CASE DURATION** |

Plaintiff moves the Court to include the attached instruction in the preliminary instructions to the jury. This matter was raised at the Final Pretrial Conference, to ensure that neither party is prejudiced by any speculation or assumptions the Jury may have about why this case is being tried more than six years after the February 7, 2020 occurrence. Counsel have met and conferred. Defendants' counsel has indicated their position is that the instruction is not necessary, *but* if the Court decides the instruction is appropriate, Defendants would not object to the specific proposed language.

Plaintiff respectfully submits that, due to the procedural history of this case, combined with the Court's admonition to ensure references are not made to the prior trial, a reasonable juror may question and develop theories on why this case is many years old. Such theories and conjectures by reasonable jurors have a substantial risk of being unduly prejudicial to Plaintiff (and also possibly to Defendants). Therefore, Plaintiff believes such an instruction during the preliminary instructions (in whichever specific place it is deemed suitable by the Court) is warranted.

DATED this 24th day of March, 2026.

SNELL & WILMER L.L.P.


By: *s/ Jacob C. Jones*
Jeffrey Willis (ASB #004870)
One South Church Avenue
Suite 1500
Tucson, Arizona 85701-1630

Jacob C. Jones (ASB #029971)
Matthew Racioppo (ASB #040702)
SNELL & WILMER L.L.P.
One East Washington Street, Suite 2700
Phoenix, Arizona 85004

*Attorneys for Plaintiff*
*Rebecca Hartzell Ph.D., BCBA-D*

PRELIMINARY INSTRUCTION #__ RE DURATION OF THE CASE

Resolving civil disputes in court, as we are doing here, sometimes takes a long time—it is not like what is often portrayed in movies and TV shows.  The main interaction between Professor Hartzell and Principal Divijak occurred on February 7, 2020.  Professor Hartzell followed the steps to bring this lawsuit, which was filed with the court in February 2021.  The court and the parties have been working diligently together since then.  Sometimes that process can move more quickly, sometimes that process takes longer.  I am instructing you not to make any inferences or assumptions, for or against either party, as to why it has taken over five years to get to where we are now.