**DISTRICT JUDGE'S MINUTES**
**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA – TUCSON**

| | |
|---|---|
| **U.S. District Judge: Scott H. Rash** | **Date:** March 24, 2026 |
| **Hartzell v. Marana Unified School District et al** | **Case Number: CV-21-62-TUC-SHR** |

**Plaintiff Attorney:  Jacob Jones and Matthew Racioppo**
**Defendants' Attorneys: LisaAnne Smith and Tyler Stanton**

**Interpreter:** N/A

**JURY TRIAL, DAY 1:**

9:21 AM – Prospective jurors enter the courtroom, are sworn and voir dire commences.

10:04 AM – The parties agree to pass the panel, and prospective jurors not seated in seats 1-14 are excused. The 14 prospective jurors are excused for a brief recess at 10:05 AM. In absence of the prospective jurors, discussion is held regarding an additional preliminary jury instruction.

Brief recess is taken from 10:05 AM to 10:44 AM for counsel to make strikes.
The 14 prospective jurors enter the courtroom. Eight jurors are selected, and the remaining prospective jurors are excused.

10:48 AM – The jury is sworn. Opening instructions are given.
11:06 AM – Mr. Jones presents Plaintiff's opening statement.
11:36 AM – Ms. Smith presents Defendants' opening statement.
11:53 AM – The jurors are excused for lunch recess. In absence of the jurors, discussion is held as to the plaintiff's first expected witnesses.

Lunch recess is taken from 11:54 AM to 1:28 PM.
The jury is present in the courtroom. Plaintiff's witness, Rebecca Hartzell, is sworn and examined by Mr. Jones. Plaintiff's exhibit 7, 9, 12, 41, 48, 55, 56, 57 and 59 are admitted without objection.

Brief recess is taken from 2:44 PM to 3:04 PM.
Mr. Jones resumes examination of Dr. Hartzell. Defense's exhibit H is admitted without objection. Plaintiff's exhibit 1, 2 and 25 are admitted without objection.

4:40 PM – The jury is excused for the day. In absence of the jury, discussion is held regarding hearsay testimony. For reasons stated on the record, the Court DENIES Plaintiff's Motion filed at Doc. 171. Counsel has leave to orally move to exclude hearsay.

Trial continues to Wednesday, March 25, 2026 at 9:00 AM. Jurors are to be present by 8:55 AM.

Proceedings conclude at 4:42 PM.

**Hartzell v. Marana Unified School District et al**                                                  **Date:** March 24, 2026

**Case Number:** CV-21-62-TUC-SHR                                                                    Page 2 of 2

**Court Reporter:** Anni Bryan/Anne Meyer                                  **JTD1  4 hrs, 48 mins**
**Deputy Clerk:** Danielle Scumaci-Vroegh

**Start:  9:21 AM**
**Stop:   4:42 PM**