**DISTRICT JUDGE'S MINUTES**
**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA – TUCSON**

| | |
|---|---|
| **U.S. District Judge: Scott H. Rash** | **Date:** March 25, 2026 |
| **Hartzell v. Marana Unified School District et al** | **Case Number: CV-21-62-TUC-SHR** |

**Plaintiff's Attorneys:  Jacob Jones and Matthew Racioppo**
**Defendants' Attorneys: Lisa Anne Smith and Tyler Stanton**

**Interpreter:** N/A

**JURY TRIAL, DAY 2:**

9:08 AM – The jury is present in the courtroom. Mr. Jones resumes examination of Dr. Hartzell. Plaintiff's exhibits 3, 4, 13, 14, 15, 16, 17, 18, 19, 20, 21, 82, 83 and 85 are admitted without objection. Defendants' exhibit Y is admitted without objection.

10:27 AM – The jury is excused for morning recess. In absence of the jury, discussion is held regarding foundational relevance of Exhibit 84, other foundational issues and the amended exhibit list filed on the docket.

Brief recess is taken from 10:45 AM to 11:03 AM.
In absence of the jury, further discussion is held regarding Exhibit 84. The Court conditionally admits Exhibit 84 at this time and will allow counsel to ask questions regarding foundation. Counsel is not permitted to ask Dr. Hartzell to read Exhibit 84 aloud during examination.

11:14 AM – The jury is present in the courtroom. Mr. Jones resumes examination of Dr. Hartzell.

11:58 AM – The jury is excused for lunch recess. In absence of the jury, discussion is held regarding the anticipated trial schedule.

Lunch recess is taken from 12:00 PM to 1:34 PM.
The jury is present in the courtroom. Ms. Smith cross-examines Dr. Hartzell. Defendants' exhibits B, F, G, P, Q and Z are admitted without objection. Plaintiff's exhibit 8 is admitted without objection.

3:00 PM – The jury is excused for afternoon recess. In absence of the jury, discussion is held regarding the anticipated schedule of remaining witnesses.

Brief recess is taken from 3:02 PM to 3:27 PM.
In absence of the jury, discussion is held regarding admissible testimony by the Plaintiff's next witness to be called.

| | |
|---|---|
| **Hartzell v. Marana Unified School District et al** | **Date:** March 25, 2026 |
| **Case Number:** CV-21-62-TUC-SHR | Page 2 of 2 |

3:30 PM – The jury is present in the courtroom. Ms. Smith resumes cross-examination of Dr. Hartzell. Defendants' exhibit M is admitted without objection. Ms. Smith's oral motion to strike Dr. Hartzell's response regarding Ms. Divijak's husband is GRANTED.
4:09 PM – Due to scheduling restrictions, Plaintiff's witness, Clarissa Siebern, is sworn and examined by Mr. Jones prior to Mr. Jones conducting redirect of Dr. Hartzell. Plaintiff's exhibit 84 is admitted over the objection of defense counsel.
4:35 PM – Mr. Stanton cross-examines Ms. Siebern. Ms. Siebern is excused.
4:36 PM – Mr. Jones conducts redirect of Dr. Hartzell.
4:47 PM – Juror questions are addressed.
4:56 PM – Dr. Hartzell is excused.

4:57 PM – The jury is excused for the day. In absence of the jury, Mr. Stanton makes a brief record regarding Exhibit 84 and will make a further record at the start of trial tomorrow.

Trial continues to Thursday, March 26, 2026 at 9:30 AM. Jurors are to be present by 9:25 AM, counsel are to be present by 9:15 AM.

Proceedings conclude at 4:59 PM.

| | |
|---|---|
| **Court Reporter:** Anni Bryan/Anne Meyer | **JTD2  5 hrs, 34 mins** |
| **Deputy Clerk:** Danielle Scumaci-Vroegh | |
| | **Start: 9:08 AM** |
| | **Stop: 4:59 PM** |