**DISTRICT JUDGE'S MINUTES**
**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA – TUCSON**

| | |
|---|---|
| **U.S. District Judge: Scott H. Rash** | **Date:** March 26, 2026 |
| **Hartzell v. Marana Unified School District et al** | **Case Number: CV-21-62-TUC-SHR** |

**Plaintiff's Attorneys:  Jacob Jones and Matthew Racioppo**
**Defendants' Attorneys: Lisa Anne Smith and Tyler Stanton**

**Interpreter:** N/A

**JURY TRIAL, DAY 3:**

9:37 AM – In absence of the jury, Mr. Stanton makes further record regarding Exhibit 84. Discussion is held regarding the parties' joint witnesses and final jury instructions.

Brief recess is taken from 9:41 AM to 10:09 AM.
The jury is present in the courtroom. Plaintiff's witness, Paul Gute, is sworn and examined by Mr. Racioppo. Plaintiff's exhibit 11 is admitted without objection.
10:41 AM – Mr. Stanton cross-examines Mr. Gute. Mr. Gute is excused.
10:56 AM – Parties' joint witness, Carolyn Dumler, is sworn and examined by Mr. Jones. Plaintiff's exhibits 22, 23, 24, 26, 37, 38, 71 and 73 are admitted without objection.

Brief recess is taken from 11:30 AM to 11:47 AM.
The jury is present in the courtroom. Mr. Jones resumes examination of Dr. Dumler. Plaintiff's exhibit 60 is admitted without objection. Defendants' exhibit O is admitted without objection.
12:27 PM – Ms. Smith examines/cross-examines Dr. Dumler.

Lunch recess is taken from 12:45 PM to 1:50 PM.
The jury is present in the courtroom. Ms. Smith resumes examination/cross-examination of Dr. Dumler. Plaintiff's exhibit 70 is admitted without objection.
2:04 PM – Mr. Jones conducts cross-examination/redirect of Dr. Dumler. Dr. Dumler is excused.
2:38 PM – Plaintiff's witness, Andrea Divijak, is sworn and examined by Mr. Jones.

Brief recess is taken from 3:07 PM to 3:24 PM.
The jury is present in the courtroom. Mr. Jones resumes examination of Ms. Divijak.

Brief recess is taken from 4:14 PM to 4:27 PM.
The jury is present in the courtroom. Mr. Jones resumes examination of Ms. Divijak. Ms. Divijak is excused.

5:02 PM – The jury is excused for the day. In absence of the jury, discussion is held regarding final jury instructions, the anticipated remaining trial schedule, and verdict forms.

**Hartzell v. Marana Unified School District et al**       **Date:** March 26, 2026

**Case Number:** CV-21-62-TUC-SHR                                          Page 2 of 2

Trial continues to Friday, March 27, 2026 at 8:30 AM. Jurors are to be present by 9:15 AM.

Proceedings conclude at 5:06 PM.

**Court Reporter:** Anni Bryan/Anne Meyer                     **JTD3  5 hrs, 9 mins**
**Deputy Clerk:** Danielle Scumaci-Vroegh

**Start: 9:37 AM**
**Stop: 5:06 PM**