✎AO 435
AZ Form (Rev. 10/2023)

Administrative Office of the United States Courts

**TRANSCRIPT ORDER**

**FOR COURT USE ONLY**

**DUE DATE:**

| 1. NAME  Jacob C. Jones | 2. PHONE NUMBER  602.382.6000 | 3. DATE  3/31/2026 |
|---|---|---|

4. FIRM NAME   SNELL & WILMER L.L.P.

| 5. MAILING ADDRESS   One East Washington Street, Suite 2700 | 6. CITY  Phoenix | 7. STATE  AZ | 8. ZIP CODE  85004 |
|---|---|---|---|

| 9. CASE NUMBER  4:21-cv-00062-SHR | 10. JUDGE  Scott H. Rash | DATES OF PROCEEDINGS |
|---|---|---|

11.                12.

| 13. CASE NAME   Rebecca Hartzell  v. Marana Unified School District, et al. | LOCATION OF PROCEEDINGS |
|---|---|

14. CITY  Tucson        15. STATE  Arizona

16. ORDER FOR

☐ APPEAL  ☐ CRIMINAL  ☐ CRIMINAL JUSTICE ACT  ☐ BANKRUPTCY
☐ NON-APPEAL  ☑ CIVIL  ☐ IN FORMA PAUPERIS  ☐ OTHER (Specify)

17. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested.)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| ☐ VOIR DIRE | | ☐ TESTIMONY (Specify) | |
| ☐ OPENING STATEMENT (Plaintiff) | | | |
| ☐ OPENING STATEMENT (Defendant) | | | |
| ☐ CLOSING ARGUMENT (Plaintiff) | | ☐ PRE-TRIAL PROCEEDING | |
| ☐ CLOSING ARGUMENT (Defendant) | | | |
| ☐ OPINION OF COURT | | | |
| ☐ JURY INSTRUCTIONS | | ☑ OTHER (Specify) | 3/31/2026 - Jury Trial Cont. |
| ☐ SENTENCING | | | |
| ☐ BAIL HEARING | | | |

18. ORDER

| CATEGORY | ORIGINAL + 1 (original to Court, copy to ordering party) | FIRST COPY | # OF ADDITIONAL COPIES | DELIVERY INSTRUCTIONS (Check all that apply.) | ESTIMATED COSTS |
|---|---|---|---|---|---|
| 30-Day (Ordinary) | ☐ | ☐ | | ☐ PAPER COPY | |
| 14-Day Transcript | ☐ | ☐ | | | |
| 7-Day (Expedited) | ☐ | ☐ | | ☐ PDF (e-mail) | |
| 3 -Day Transcript | ☐ | ☑ | | | |
| Next-Day (Daily) | ☐ | ☐ | | ☑ ASCII (e-mail) | |
| 2-Hour (Hourly) | ☐ | ☐ | | | |
| Realtime Transcript | ☐ | ☐ | | | |

E-MAIL ADDRESS  jcjones@swlaw.com

CERTIFICATION (19. & 20.)  By signing below, I certify that I will pay all charges (deposit plus additional).

**NOTE:  IF ORDERING MORE THAN ONE FORMAT, THERE WILL BE AN ADDITIONAL CHARGE.**

19. SIGNATURE  s/ Jacob C. Jones

20. DATE  3/31/2026

| TRANSCRIPT TO BE PREPARED BY | ESTIMATE TOTAL | |
|---|---|---|
| ORDER RECEIVED | DATE | BY | PROCESSED BY | PHONE NUMBER |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | |

**DISTRIBUTION:**     COURT COPY     TRANSCRIPTION COPY     ORDER RECEIPT     ORDER COPY