**DISTRICT JUDGE'S MINUTES**
**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA – TUCSON**

| | |
|---|---|
| **U.S. District Judge: Scott H. Rash** | **Date:** March 27, 2026 |
| **Hartzell v. Marana Unified School District et al** | **Case Number: CV-21-62-TUC-SHR** |

**Plaintiff's Attorneys:** Jacob Jones and Matthew Racioppo
**Defendants' Attorneys:** Lisa Anne Smith and Tyler Stanton

**Interpreter:** N/A

**JURY TRIAL, DAY 4:**

8:33 AM – In absence of the jury, discussion is held regarding final jury instructions and verdict forms.

Brief recess is taken from 9:03 AM to 9:16 AM.
In absence of the jury, discussion is held regarding examination of a joint witness and preserving Rule 50A motions.

9:19 AM - The jury is present in the courtroom. Ms. Smith cross-examines Ms. Divijak.
9:57 AM – Mr. Jones conducts redirect of Ms. Divijak.
10:24 AM – Ms. Smith conducts redirect of Ms. Divijak. Ms. Divijak is excused.
10:26 AM – Both parties rest. The Court preserves motions.
10:27 AM – The jury is excused for morning recess. In absence of the jury, further discussion is held regarding verdict forms.

Brief recess is taken from 10:45 AM to 11:05 AM.
In absence of the jury, final jury instructions are reviewed.
11:10 AM – Ms. Smith moves for judgment under Rule 50A. Argument heard. The Court DENIES the Rule 50A motion as to the defamation claim and the First Amendment retaliation claim.

Brief recess is taken from 11:17 AM to 11:28 AM.
The jury is present in the courtroom and is instructed.
11:50 AM – The jury is excused for lunch recess. In absence of the jury, discussion is held regarding instruction on page 17.

Lunch recess is taken from 11:51 PM to 1:39 PM.
In absence of the jury, Mr. Jones makes a record regarding previous objections to the interrogatories.
1:40 PM – The jury is present in the courtroom. Mr. Jones presents Plaintiff's closing argument.
2:29 PM – Ms. Smith presents Defendants' closing argument.
3:06 PM – The jury is instructed.
3:14 PM – The jury retires to begin deliberations.

**Hartzell v. Marana Unified School District et al**   **Date:** March 27, 2026
**Case Number:** CV-21-62-TUC-SHR                                   Page 2 of 2

5:25 PM – In absence of the jurors, the parties address a question presented by the jury.
5:35 PM – The jury retires for the day. Proceedings conclude.

Trial continues for deliberation on Tuesday, March 31, 2026 at 8:30 AM.


**Court Reporter:** Anni Bryan/Anne Meyer                           **JTD4  4 hrs, 20 mins**
**Deputy Clerk:** Danielle Scumaci-Vroegh

**Start: 8:33 AM**
**Stop: 5:35 PM**