**DISTRICT JUDGE'S MINUTES**
## IN THE UNITED STATES DISTRICT COURT
### DISTRICT OF ARIZONA – TUCSON

| | |
|---|---|
| **U.S. District Judge:** Scott H. Rash | **Date:** March 31, 2026 |
| **Hartzell v. Marana Unified School District et al** | **Case Number:** CV-21-62-TUC-SHR |

**Plaintiff's Attorneys:** Jacob Jones and Matthew Racioppo
**Defendants' Attorneys:** Lisa Anne Smith and Tyler Stanton

**Interpreter:** N/A

**JURY TRIAL, DAY 5:**

8:55 AM – The jurors resume deliberation.
11:40 AM – The jury is present in the courtroom. The jury finds in favor of the defendants on the defamation claim and in favor of the plaintiff on the retaliation claim, with damages in the amount of $200,000.00.
11:43 AM – The jury is excused. Mr. Jones shall file a proposed form of order within seven days. Any objections may be filed within three days. The parties may also meet and confer and file a stipulated proposed form of order.

Proceedings conclude at 11:44 AM.

Thereafter, any pending motions are rendered MOOT.

**Court Reporter:** Erica McQuillen                                   **JTD5  4 mins**
**Deputy Clerk:** Danielle Scumaci-Vroegh

                                                                **Start: 11:40 AM**
                                                                **Stop: 11:44 AM**