```
        ✓  FILED        ____  LODGED
        ____ RECEIVED   ____  COPY

           MAR 3 1 2026

        CLERK U S  DISTRICT COURT
           DISTRICT OF ARIZONA
        BY_____ DEPUTY
```

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Rebecca Hartzell, | No. CV-21-62-TUC-SHR |
| Plaintiff, | |
| v. | **STIPULATION OF EXHIBITS** |
| Marana Unified School District et al, | |
| Defendants. | |

Counsel stipulate the following exhibits were presented to the jury for use during deliberation:

One flash drive containing exhibit 2 (and all subclips of 2), 11 (and all subclips of 11) and 12, and paper copies of 1, 3, 4, 7, 8, 9, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 37, 38, 41, 48, 55, 56, 57, 59, 60, 70, 71, 73, 82, 83, 84, 85, B, F, G, H, M, O, P, Q, Y and Z.

3/27/26
_____
Date

_____
Plaintiff's Counsel Signature

3/27/26
_____
Date

_____
Defendants' Counsel Signature