☒ FILED    ☐ LODGED

**Mar 31 2026**

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

Rebecca Hartzell,

       Plaintiff,

v.

Marana Unified School District et al,

       Defendant(s).

No. CV-21-62-TUC-SHR

Juror(s) Question(s)

During Deliberations

Day 4

①

ARE WE BEING TOLD THE KFA
POLICY IS ALREADY DETERMINED
TO BE UNCONSTITUTIONAL? IS
THAT A SETTLED FACT?