✓ FILED _____ LODGED
_____ RECEIVED _____ COPY

MAR 3 1 2026

CLERK U S  DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

Rebecca Hartzell,

        Plaintiff,

v.

Marana Unified School District et al,

        Defendant(s).

No. CV-21-62-TUC-SHR

Answer to juror question #1:

The KFA policy is deemed unconstitutional only if the Marana School District applied it to ban Dr. Hartzell because of her protected speech.  The instruction describes what is protected speech in the context of this case.

Dated this 27th day of March, 2026.

Honorable Scott H. Rash
United States District Judge