FILED ✓  LODGED
RECEIVED  COPY

MAR 3 1 2026

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

Rebecca Hartzell, Ph.D., BCBA-D

Plaintiff,

vs.

Marana Unified School District, a governmental entity organized and existing under the laws of the State of Arizona; and Andrea Divijak, in her individual capacity,

Defendants.

No.21-cv-00062-TUC-SHR

**VERDICT FORM**

## DEFAMATION CLAIM

**Question No. 1:**    Do you unanimously find in favor of Plaintiff Rebecca Hartzell on her defamation claim against Defendant Andrea Divijak?

Yes _____    No __X__
(Mark an "X" in the appropriate space)

NOTE: If you answered "Yes" to the above question, answer Question No. 2. If you answered "No" to the above question, do not answer Question No. 2.

**Question No. 2:** State the total amount of damages that the defamation caused to Plaintiff Rebecca Hartzell: $ _____.

Juror #1
_____
Foreperson Number

3/31/2026
_____
Date

✓ FILED      LODGED
_____ RECEIVED      _____ COPY

MAR 3 1 2026

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Rebecca Hartzell, Ph.D., BCBA-D | No.21-cv-00062-TUC-SHR |
| Plaintiff, | **VERDICT FORM** |
| vs. | |
| Marana Unified School District, a governmental entity organized and existing under the laws of the State of Arizona; and Andrea Divijak, in her individual capacity, | |
| Defendants. | |

## FIRST AMENDMENT RETALIATION CLAIM

**Question No. 1:** Do you unanimously find in favor of Plaintiff Rebecca Hartzell on her First Amendment Retaliation claim against Defendant Marana Unified School District?

Yes __X__ No _____
(Mark an "X" in the appropriate space)

NOTE: If you answered "Yes" to the above question, answer Question No. 2. If you answered "No" to the above question, do not answer Question No. 2.

- 3 -

**Question No. 2:**    State the total amount of damages that the First Amendment Retaliation caused to Plaintiff Rebecca Hartzell: $ 200,000.00                    .

Juror #1
Foreperson Number

3/31/2026
Date

- 4 -

To assist the Court and parties, the following are to be answered by the jury.  Your Answer to any question must be unanimous.

## § 1983 CLAIMS

**Question No. 1:**    Did Andrea Divijak act to preclude Rebecca Hartzell from school property?

Yes __X__        No _____

(Mark an "X" in the appropriate space)

**Question No. 2:**    Was Rebecca Hartzell's protected speech a substantial or motivating factor in Andrea Divijak's action in precluding her from school property?

Yes __X__        No _____

(Mark an "X" in the appropriate space)

**Question No. 3:**    Would Marana Unified School District have taken the same action against Rebecca Hartzell even if she had not engaged in the protected activity?

Yes _____        No __X__

(Mark an "X" in the appropriate space)

**Question No. 4:**    Was Rebecca Hartzell precluded from school property pursuant to Marana Unified School District Policy KFA?

Yes __X__        No _____

(Mark an "X" in the appropriate space)

_____
Foreperson Number

_3\31\2026_____
Date

- 5 -