FILED ✓
RECEIVED
LODGED
COPY

MAR 3 1 2026

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

Rebecca Hartzell,

      Plaintiff,

v.

Marana Unified School District et al,

      Defendant.

No. CV-21-62-TUC-SHR

**JOINT RETURN OF EXHIBITS**

Receipt is hereby acknowledged for the exhibits submitted by the parties for court and/or juror use during the Jury Trial held March 24, 2026 through March 27, 2026:

The judge's binder, a witness binder, Defendants' impeachment exhibit, all exhibits produced to the jury for deliberation: one flash drive containing exhibit 2 (and all subclips of 2), 11 (and all subclips of 11), 12, and paper copies of 1, 3, 4, 7, 8, 9, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 37, 38, 41, 48, 55, 56, 57, 59, 60, 70, 71, 73, 82, 83, 84, 85, B, F, G, H, M, O, P, Q, Y, Z and a banker's box of exhibits not admitted.

Exhibits shall be kept in my/our possession until all appeal time has run in this matter or until further Order of the Court.

Dated: 3/31/26

By: _____
Jacob Jones or Matthew Racioppo

Attorneys for Plaintiff

By: _____

Lisa Anne Smith or Tyler Stanton
Attorneys for Defendants