**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Rebecca Hartzell, Ph.D., BCBA-D,<br><br>Plaintiff,<br><br>v.<br><br>Marana Unified School District, a governmental entity organized and existing under the laws of the State of Arizona; Andrea Divijak, in her individual capacity, and the Marital Community of Joseph Divijak and Andrea Divijak, husband and wife,<br><br>Defendants. | No. 4:21-cv-00062-SHR<br><br>**FINAL JUDGMENT** |

On Plaintiff's defamation claim, final judgment is hereby entered against Plaintiff and for Defendant Andrea Divijak, Plaintiff to take nothing.

On Plaintiff's First Amendment retaliation claim, judgment is hereby entered for Plaintiff and against Defendant Marana Unified School District, in the amount of $200,000.00 (two hundred thousand dollars). Post Judgment Interest shall be allowed, under 28 U.S.C. § 1961, and is computed daily based on the annual rate of 3.69% and compounded annually.

. . . .

. . . .

. . . .

As no claims remain pending in this action (subject to post-judgment submissions for attorneys' fees and costs and any other post-trial motions permitted after the entry of judgment), this judgment is final and appealable.

Dated this 9th day of April, 2026.

Honorable Scott H. Rash
United States District Judge