# EXHIBIT H

Case 4:21-cv-00062-SHR    Document 201-8    Filed 04/24/26    Page 2 of 5

# azcentral.

EDUCATION

# Most Arizona schools ban 'offensive' speech. It cost a district $200K


**Taylor Seely**
Arizona Republic

April 12, 2026  |  Updated April 14, 2026, 6:21 p.m. MT

**Key Points**

- A federal appeals court ruled that a common Arizona school district policy banning "offensive" speech is unconstitutional.

- A jury awarded a mother $200,000 after finding a school district used this policy to retaliate against her.

- Despite the court ruling, the majority of Arizona school districts have not changed the policy.

The majority of public school districts in Arizona have a ban on "offensive" speech that a federal appeals court said "runs afoul" of constitutional protections for free expression, putting parents at risk of civil rights violations and schools at risk of legal liability.

A federal jury awarded a Tucson mom $200,000 after finding the Marana Unified School District retaliated against her for exercising her First Amendment free speech rights. The problem was the district's policy about "Public Conduct on School Property."

The policy bans campus interference and disruption through the "use of speech or language that is offensive or inappropriate" for an "educational environment."

Marana officials had banned Rebecca Hartzell from school premises after an on-campus dispute between her and a school principal. The district argued it was because Hartzell had assaulted the school principal by grabbing her wrist, which

Hartzell denied. The jury sided with the mom, finding that the school's ban was rather retaliation against Hartzell because she had repeatedly emailed and contacted officials with numerous complaints over the years.

The April 2026 verdict came roughly a year after a three-judge panel on the 9th U.S. Circuit Court of Appeals wrote that Marana's policy contradicted constitutional speech protections.

"If there is a bedrock principle underlying the First Amendment, it is that the government may not prohibit the expression of an idea simply because society finds the idea itself offensive or disagreeable," Judge Milan Smith Jr. wrote.

Yet more than a year has passed since that opinion was published, and nearly all public school districts in Arizona maintain the policy, including Marana. It can also be found in the Mesa, Chandler and Tucson school districts, the largest districts in the state.

That may be because most school districts adopt their policies from the Arizona School Board Association, which has not changed the rule.

Spokesperson Heidi Vega said the association wasn't aware of the incident in Marana before The Arizona Republic brought it to their attention.

Regardless of the association, school governing boards set school policy and could independently repeal or clarify the policy.

Alli Benjamin, spokesperson for the Marana district, said, "While we acknowledge the court's ruling, our legal team is currently conducting a thorough review of the decision to determine our next steps." Benjamin left open the possibility of an appeal.

The continued existence of the policy across Arizona schools, however, poses a risk to districts and parents alike. What happened to Hartzell could happen to more

parents, and like Marana, other school districts could be forced to pay hundreds of thousands of dollars in damages, with taxpayers footing the bill.

That risk occurs particularly if schools enforce the rule the same way the jury found Marana did. The Ninth Circuit's opinion acknowledged public schools retain some authority to regulate speech; however, those regulations are limited to when the speech "materially and substantially" interferes with classwork or protecting or disciplining kids, the opinion says.

## Arizona School Board Association conducting policy review

Vega said that although the school board association wasn't aware of the Marana incident, the association's policy and legal teams were nonetheless reviewing the "Public Conduct on School Property" policy as part of a comprehensive review of all its policies.

That review began last summer and is intended to ensure policies "remain current, legally compliant and clearly written for effective implementation," Vega said.

"Each section is reviewed as part of a structure timeline, with legal analysis, internal evaluation and drafting updates occurring in phases," she said.

It's unclear when the review will conclude. Vega said the priority was "a thorough and thoughtful review rather than a rushed update."

### Does your school have this policy on the books?

Parents and students can check their school district's policies by visiting azsba.org/services-resources/policy/. Click on the "View Public Policies" button by scrolling to the bottom of the page. That will open a webpage with a list of public school districts. Click your school district, scroll to the "Section K" folder, then search for policy "KFA © Public Conduct on School Property."

*Taylor Seely is a First Amendment Reporting Fellow at The Arizona Republic / azcentral.com. Do you have a story about the government infringing on your First*

Offensive speech bans in Arizona schools can violate 1st Amendment

*Amendment rights? Reach her at tseely@arizonarepublic.com or by phone at 480-476-6116.*

*Seely's role is funded through a collaboration between the Freedom Forum and Journalism Funding Partners. Funders do not provide editorial input.*