**IN THE UNITED STATES DISTRICT COURT**
**IN AND FOR THE STATE OF ARIZONA**

| | |
|---|---|
| Rebecca Hartzell, Ph.D., BCBA-D<br><br>Plaintiff,<br><br>vs.<br><br>Marana Unified School District, a governmental entity organized and existing under the laws of the State of Arizona; and Andrea Divijak in her individual capacity and the Marital Community of Joseph Divijak and Andrea Divijak, husband and wife,<br><br>Defendants. | NO. 4:21-cv-00062-SHR<br><br>**ORDER**<br><br>(Assigned to Hon. Scott H. Rash) |

Pending before the Court is Defendant's Motion for Judgment as a Matter of Law or New Trial. (Doc. 204) Upon Motion, and good cause appearing, **IT IS HEREBY ORDERED** granting Defendant's Motion for Judgment as a Matter of Law or New Trial as follows:

1. Defendant's motion for judgment as a matter of law is **GRANTED**. The Court directs the entry of judgment as a matter of law in Defendant's favor in accordance with Rule 50(b)(3), Fed. R. Civ. P.

2. In accordance with Rule 50(c), Fed. R. Civ. P., Defendant's motion for new trial is **CONDITIONALLY GRANTED**. The Court determines that a new trial should be granted if the judgment is later vacated or reversed because the jury's verdict is contrary to the weight of the evidence.

DATED this _____ day of  May, 2026.



By: _____
The Honorable Scott H. Rash
United States District Court Judge