# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Rebecca Hartzell, | No. CV-21-00062-TUC-SHR |
| Plaintiff, | **ORDER** |
| v. | |
| Marana Unified School District, et al., | |
| Defendants. | |

Having reviewed Defendant Marana Unified School District's unopposed Motion to Exceed Page Limit (Doc. 205) and good cause appearing,

**IT IS ORDERED** the Motion (Doc. 205) is **GRANTED**.

Dated this 18th day of May, 2026.

Honorable Scott H. Rash
United States District Judge