# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Rebecca Hartzell, | No. CV-21-00062-TUC-SHR |
| Plaintiff, | **ORDER** |
| v. | |
| Marana Unified School District, et al., | |
| Defendants. | |

Having reviewed the parties' Stipulation to Extend Time for Plaintiff to Reply in Support of Plaintiff's Motion for Attorneys' Fees and Non-Taxable Costs (Doc. 210) and good cause appearing,

**IT IS ORDERED** the Stipulation (Doc. 210) is **GRANTED**.

**IT IS FURTHER ORDERED** Plaintiff's deadline for filing a reply in support of her Motion for Attorneys' Fees and Non-Taxable Costs (Doc. 201) is extended to **Friday, May 29, 2026**.

Dated this 26th day of May, 2026.

Honorable Scott H. Rash
United States District Judge