**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Rebecca Hartzell,<br>Plaintiff,<br>v.<br>Marana Unified School District, et al.,<br>Defendants. | No. CV-21-00062-TUC-SHR<br>**ORDER** |

Having reviewed Plaintiff's Motion to Extend Time to File Supplemental Fees and Costs Motion (Doc. 223) and good cause appearing,

**IT IS ORDERED** Plaintiff's Motion (Doc. 223) is **GRANTED**.

**IT IS FURTHER ORDERED** Plaintiff shall have through and including October 2, 2026, to file her Supplemental Fees and Costs Motion.

Dated this 28th day of September, 2026.

Honorable Scott H. Rash
United States District Judge