**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Rebecca Hartzell,<br>Plaintiff,<br>v.<br>Marana Unified School District, et al.,<br>Defendants. | No. CV-21-00062-TUC-SHR<br>**ORDER** |

On September 25, 2026, Plaintiff filed a Motion to Extend Time (Doc. 223) indicating her intent to file a supplemental fees and costs motion, and the Court ordered she do so by October 2, 2026 (Doc. 224). Plaintiff also included a request for supplemental fees in her Reply in support of her original Motion for Attorneys' Fees and Non-Taxable Costs. (Doc. 216 at 13–14.) The District has not had an opportunity to respond to Plaintiff's request set forth in her Reply. Accordingly,

**IT IS ORDERED** the District shall file its response to Plaintiff's forthcoming supplemental motion—due on October 2, 2026—by **Wednesday, October 14, 2026**. The District shall include its responses to arguments made in Plaintiff's Reply in support of her Motion for Attorneys' Fees and Non-Taxable Costs.

**IT IS FURTHER ORDERED** no reply will be permitted.

Dated this 30th day of September, 2026.

Honorable Scott H. Rash
United States District Judge